PERRY, Respondent, v. KNICKERBOCKER ICE CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 18, 1898.) Action by Henry Perry against the Knickerbocker Ice Company. No opinion. Judgment reversed, and new trial granted, before the same justice, on a day to be fixed, costs to appellant to abide the event, on the ground that the exclusion of evidence of the payments in April by the plaintiff for shortage was error.

PETTIT, Respondent, v. CITY OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1898.) Action by Smith Pettit against the city of Brooklyn. No opinion. Judgment and order affirmed, with costs. Order denying motion for new trial, made on affidavits, affirmed, with costs. See 41 N. Y. Supp. 1128.

POCANTICO WATERWORKS CO. v. LOW. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by the Pocantico Waterworks Company against Joseph M. Low. No opinion. Motion denied, upon payment of $10 costs. See 46 N. Y. Supp. 633; 47 N. Y. Supp. 72.

In re PORT CHESTER ST. RY. CO. (Supreme Court, Appellate Division, Second Department. February 15, 1898.) In the matter of the application of the Port Chester Street-Railway Company for the appointment of commissioners to determine whether its railroad ought to be constructed in certain streets in the town of Rye. No opinion. Application granted. Joseph A. Burr, Nathaniel H. Clement, and George M. Olcott appointed commissioners. Order to be settled on five days' notice before the presiding justice.

POTTER v. COLLIS. (Supreme Court, Appellate Division, First Department. January 14, 1898.) Action by Eugene C. Potter against Charles H. T. Collis. No opinion. Motion granted. See 46 N. Y. Supp. 471.

POTTER, Appellant, v. UNITED STATES NAT. BANK et al., Respondents. (Supreme Court, Appellate Division, First Department. January 21, 1898.) Action by Henry M. Potter against the United States National Bank and others. B. C. Chetwood, for appellant. J. Notman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 48 N. Y. Supp. 1113.

REGAN, Appellant, v. FOSDICK, Respondent. (City Court of New York, General Term. January 31, 1898.) Action by James Regan against William Fosdick. William Henry Knox, for appellant. Arthur E. Walrady, for respondent.

SCHUCHMAN, J. The trial judge having ruled in regard to the evidence, and disposed of the case in accordance with the law guiding

it, as laid down in the appellate term on a former appeal herein, reported in 19 Misc. Rep. 489, 43 N. Y. Supp. 1102, the judgment appealed from is affirmed, with costs. All concur.

ROHLING, Appellant, v. EICH, Respondent. (Supreme Court, Appellate Division, Second Department. January 11, 1898.) Action by Paul J. Rohling against John Eich. No opinion. Motion for reargument, or leave to appeal to the court of appeals, denied. See 48 N. Y. Supp. 892.

ROLLINS v. COHEN. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Edward A. Rollins against Martha G. Cohen. No opinion. Motion granted, with $10 costs.

ROLLINS v. SAMUEL et al. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Edward A. Rollins against Lewis S. Samuel and others. No opinion. Motion granted, with $10 costs.

ROSENBAUM v. SILVERMAN. (Supreme Court, Appellate Division, First Department. February 25, 1898.) Action by Daniel Rosenbaum against Anna H. Silverman. No opinion. Motion granted, with $10 costs.

ROSS, Respondent, v. INGERSOLL et al., Appellants. (Supreme Court, Appellate Division, First Department. February 11, 1898.) Action by John C. Ross against Robert H. Ingersoll and another. H. B. Kingham, for appellants. E. Hassett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.